**Order entered October 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01134-CV

### IN RE DEDERIAN DEMOND HERRON, Relator

**Original Proceeding from the 200th Judicial District Court**
**Travis County, Texas**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction.

/s/    BILL WHITEHILL
       JUSTICE
